UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHRISTIAN KELLY,<br><br>           Defendant. | CR 5:25-cr-50149<br><br>**REDACTED INDICTMENT**<br><br>Possession of a Firearm by a Prohibited Person<br>(18 U.S.C. §§ 922(g)(1) and 924(a)(8))<br><br>Possession of an Unregistered Firearm<br>(26 U.S.C. §§ 5861(d) and 5871)<br><br>Forfeiture<br>(18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c)) |

The Grand Jury charges:

COUNT I

On or about between June 20, 2025, and June 21, 2025, in the District of South Dakota, the defendant, Christian Kelly, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Weatherby, model Vanguard, .223 Remington caliber, bolt-action rifle, bearing serial number VS166917, which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

COUNT II

On or about between June 20, 2025, and June 21, 2025, in the District of South Dakota, the defendant, Christian Kelly, did knowingly receive and possess a firearm as described in 26 U.S.C. § 5845(a)(4), namely, a weapon made from a rifle, more particularly described as a Weatherby, model Vanguard, .223 Remington caliber, bolt-action rifle, bearing serial number VS166917, having a barrel of less than 16 inches in length and an overall length of less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record as required by 26 U.S.C. § 5841, all in violation of 26 U.S.C. §§ 5861(d) and 5871.

A TRUE BILL

*Name Redacted*

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By _____

**FORFEITURE NOTICE**

The allegations contained in the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and 26 U.S.C. §§ 5841, 5845(a)(4), 5861(d), and 5871, as set forth in this Indictment, the defendant, Christian Kelly, shall forfeit to the United States

any firearms and ammunition involved in the commission of the offense, including, but not limited to, a Weatherby, model Vanguard, .223 Remington caliber, bolt-action rifle, bearing serial number VS166917, all pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5841, and 28 U.S.C. § 2461(c).