SD: AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER: 5:25-cr-50149 |
|---|---|
| V.<br><br>Christian Kelly | **JUDGMENT OF ACQUITTAL** |

The Defendant was found not guilty on counts 1 & 2 as charged in the Indictment.

**IT IS ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Camela C. Theeler, United States District Judge
Name and Title of Judge

January 14, 2026
Date